IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JASON J. KING,

        Plaintiff,

v.     Case No.: 3:20-cv-630-jdp

ANDREW SAUL,
Commissioner of Social
Security,

        Defendant.

---

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

---

Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an Administrative Law Judge (ALJ) will reconsider Plaintiff's alleged symptoms, the evidence, and Plaintiff's residual functional capacity as appropriate. The ALJ will proceed through the sequential disability evaluation process as appropriate and issue a new decision.

SO ORDERED this \_\_17\_\_ day of February 2021.

_____
Honorable James D. Peterson
United States District Judge